Case #  N20J-02122                                MANICHAEAN CAPITAL, LLC, ET AL., PLAINTIFF

vs.

SOURCEHOV HOLDINGS, INC., DEFENDANT

State of Delaware        )
                         ) SS.
New Castle County        )

    I, Lisa M. Gonzalez, Chief Deputy Prothonotary, acting in the capacity of the Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, pursuant to 29 *Del. C.* § 9032B, do hereby certify that the foregoing contains a true copy of:

    N20J-02122   *AND THE UNDERLYING
    DOCKET ENTRIES AS RECORDED ON 04/15/2020

    In the case there stated as the same now remains of record in the Superior Court of the State, at Wilmington.
IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this ___17TH___ day of ___JUNE___ A.D. 2020.

_____
Chief Deputy Prothonotary

State of Delaware        )
                         ) SS.
New Castle County        )

    I, William C. Carpenter, Judge of the Superior Court in and for New Castle County of the said State, do hereby certify that the foregoing record and attestation made by Lisa M. Gonzalez, Chief Deputy Prothonotary of the said Court, whose name is hereto subscribed, and to which the seal of the Court is affixed, are in due form and made by the proper officer.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this ___17TH___ day of ___JUNE___ A.D. 2020.

_____
Judge

State of Delaware        )
                         ) SS.
New Castle County        )

    I, Lisa M. Gonzalez, Chief Deputy Prothonotary, acting in the capacity of the Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, pursuant to 29 *Del. C.* § 9032B, do certify that the Honorable William C. Carpenter, by whom the foregoing attestation was made, and whose name is hereto subscribed; was at the time of making thereof and still is a Judge of Superior Court of New Castle County of the said State, duly commissioned and sworn, to all whose acts as such, full faith and credit are, and ought to be, given, as well in Court of Justice as elsewhere.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this ___17TH___ day of ___JUNE___ A.D. 2020.

_____
Chief Deputy Prothonotary

| | |
|---|---|
| **Court Location:** SUPERIOR CT NEW CASTLE COUNTY | **Case Type:** CHANCERY COURT JUDGMENT |
| **Case Number:** N20J-02122 | **Case Status:** JUDGMENT |
| **EFiled:** Yes | **Claim Value:** |
| **Judge Initials:** JN* | |

**Case Caption**
MANICHAEAN CAPITAL, LLC, CHARLES CASCARILLA, EMILY KHAN WOODS, LGC FOUNDATION, INC., IMAGO DEI FOUNDATION, INC., PLAINTIFF

VS

SOURCEHOV HOLDINGS, INC., DEFENDANT

## Docket Information
(Images Only)

| Date/Time | Type Code | Type Code Description | Filing Party | User ID/Date | Images |
|---|---|---|---|---|---|
| 4/15/2020 1:22:45 PM | 3IJCH | INIT FILING CHANCERY COURT | ATP - MURPHY, MATTHEW W | SCMAGMAR 04/16/2020 | |

INITIAL FILING CHANCERY COURT
SEE IMAGE ATTACHMENT FOR JUDGMENT DETAILS
DATE DOCKETED: APRIL 16, 2020

JUDGMENT IS ENTERED AGAINST: SOURCEHOV HOLDINGS, INC.
JUDGMENT AMOUNTS TO BE PAID AS FOLLOWS:
JUDGMENT AMOUNT $57684471.00

**CERTIFIED AS A TRUE COPY**
**ATTEST: LISA M. GONZALEZ**
**CHIEF DEPUTY PROTHONOTARY**
**BY** _[signature]_

| Date/Time | Type Code | Type Code Description | Filing Party | User ID/Date | Images |
|---|---|---|---|---|---|
| 4/15/2020 1:22:45 PM | 3EAIC | INITIAL COMPLAINT | ATP - MURPHY, MATTHEW W | SCTHUDAY 04/16/2020 | 1 |

INITIAL COMPLAINT
DATE DOCKETED: APRIL 16, 2020
CERTIFIED FINAL ORDER AND JUDGMENT IN COURT OF CHANCERY ACTION C.A. NO. 2017-0673-JRS
ACCEPTED BY: J
TRANSACTION ID: 65579397

| Date/Time | Type Code | Type Code Description | Filing Party | User ID/Date | Images |
|---|---|---|---|---|---|
| 4/15/2020 4:08:09 PM | 3FAFF | AFFIDAVIT FILED | ATP - MURPHY, MATTHEW W | SCTHUDAY 04/16/2020 | 1 |

AFFIDAVIT FILED
DATE DOCKETED: APRIL 16, 2020
UNSWORN DECLARATION OF MATTHEW W. MURPHY, ESQUIRE, PURSUANT TO 10 DEL. C. 3927
ACCEPTED BY: KZ
TRANSACTION ID: 65580268

| Date/Time | Type Code | Type Code Description | Filing Party | User ID/Date | Images |
|---|---|---|---|---|---|
| 4/15/2020 4:10:01 PM | 3IMEJ | MISC-EXEMPLIFIED JUDGMENT | ATP - MURPHY, MATTHEW W | SCSUNDAY 04/19/2020 | 1 |

LETTER FOR COPY OF EXEMPLIFIED JUDGMENT
DATE DOCKETED: APRIL 19, 2020
LETTER DATED APRIL 15, 2020 TO THE PROTHONOTARY REQUESTING EXEMPLIFIED COPIES OF FINAL ORDER AND JUDGMENT
ACCEPTED BY: KZ
TRANSACTION ID: 65580309

| Date/Time | Type Code | Type Code Description | Filing Party | User ID/Date | Images |
|---|---|---|---|---|---|
| 4/15/2020 4:10:01 PM | 3IMEJ | MISC-EXEMPLIFIED JUDGMENT | ATP - MURPHY, MATTHEW W | SCSUNDAY 04/19/2020 | 1 |

LETTER FOR COPY OF EXEMPLIFIED JUDGMENT
DATE DOCKETED: APRIL 19, 2020
LETTER DATED APRIL 15, 2020 TO THE PROTHONOTARY REQUESTING EXEMPLIFIED

|            |       |                                   |                          |                        |   |
|------------|-------|-----------------------------------|--------------------------|------------------------|---|
|            |       | COPIES OF FINAL ORDER AND JUDGMENT<br>ACCEPTED BY: KZ<br>TRANSACTION ID: 65580309 |  |  |  |
| 4/15/2020<br>4:10:01 PM | 3IMEJ | MISC-EXEMPLIFIED JUDGMENT | ATP - MURPHY,<br>MATTHEW W | SCSUNDAY<br>04/19/2020 | 1 |
|            |       | LETTER FOR COPY OF EXEMPLIFIED JUDGMENT<br>DATE DOCKETED: APRIL 19, 2020<br>LETTER DATED APRIL 15, 2020 TO THE PROTHONOTARY REQUESTING EXEMPLIFIED COPIES OF FINAL ORDER AND JUDGMENT<br>ACCEPTED BY: KZ<br>TRANSACTION ID: 65580309 | | | |
| 5/7/2020<br>1:09:02 PM | 3NSRV | NOTICE OF SERVICE | ATP - MURPHY,<br>MATTHEW W | SCFRIDAY<br>05/08/2020 | 1 |
|            |       | NOTICE OF SERVICE<br>DATE DOCKETED: MAY 8, 2020<br>NOTICE OF SERVICE OF PETITIONERS-JUDGMENT CREDITORS' INTERROGATORIES IN AID OF EXECUTION AND CERTIFIED JUDGMENT COMPLAINT<br>ACCEPTED BY: MBM<br>TRANSACTION ID: 65622427 | | | |

EFiled: Apr 15 2020 01:22PM EDT
Transaction ID 65579397
Case No. N20J-02122

**GRANTED**

EFiled: Mar 26 2020 08:59AM EDT
Transaction ID 65540223
Case No. 2017-0673-JRS

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

MANICHAEAN CAPITAL, LLC;
CHARLES CASCARILLA; EMIL KHAN
WOODS; LGC FOUNDATION, INC.;
AND IMAGO DEI FOUNDATION, INC.,

    Petitioners,

v.

SOURCEHOV HOLDINGS, INC.,

    Respondent.

C.A. No. 2017-0673-JRS

CERTIFIED AS A TRUE COPY
ATTEST: LISA M. GONZALEZ
CHIEF DEPUTY PROTHONOTARY
BY _____

## [PROPOSED] FINAL ORDER AND JUDGMENT

WHEREAS, the foregoing matter having been heard and considered on the merits, the Court issued a Memorandum Opinion dated January 30, 2020, in which it found the per share fair value of stock of SourceHOV Holdings, Inc. ("SourceHOV" or "Respondent") on July 12, 2017 to be $4,591;

WHEREAS, on February 6, 2020, Respondent filed a Motion for Reconsideration of the number of shares used in the denominator of the per share calculation, and the Court denied the Motion for Reconsideration on March 11, 2020;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. For the reasons explained in this Court's Opinion dated January 30, 2020, Respondent SourceHOV Holdings, Inc. is liable to Petitioners, for an appraisal award of $4,591 per appraised share, plus interest at the legal rate, compounded quarterly, commencing from July 12, 2017 until the date of payment, for a total amount of $57,684,471 as of the March 25, 2020 date of judgment.

2. Under Chancery Court Rule 54(d) costs are assessed to Petitioners and against Respondent, based on total Petitioner costs incurred to the law firm of Richards, Layton & Finger, P.A. in the amount of $13,519.64 and Petitioner costs of $435.50 incurred to the law firm of McCollom D'Emilio Smith Uebler LLC, which is comprised of (i) $8,052.75 in filing and court fees; (ii) $3,631.39 in delivery services fees; and (iii) $2,271.00 in Court docket services fees.

3. Payment of this Final Order and Judgment shall be made as follows:

| Beneficial Owner | Share Totals | Award Plus Interest (as of Mar. 25, 2020) | Costs | Total (as of Mar. 25, 2020) |
| --- | --- | --- | --- | --- |
| Manichaean Capital, LLC | 3,574 | $20,008,181.22 | $4,840.42 | $20,013,021.64 |
| Charles Cascarilla | 4,418 | $24,733,112.66 | $5,983.49 | $24,739,096.14 |
| Emil Woods | 2,024 | $11,330,878.24 | $2,741.18 | $11,333,619.42 |
| LGC Foundation, Inc. | 205 | $1,147,643.30 | $277.64 | $1,147,920.94 |
| Imago Dei Foundation Inc. | 83 | $464,655.58 | $112.41 | $464,767.99 |
| Totals | 10,304 | $57,684,471 | $13,955.14 | $57,698,426.14 |

4.     Interest after March 25, 2020 shall accrue at 5% over the Federal Reserve discount rate, compounded quarterly and adjusting accordingly for compounding and changes in the Federal Reserve discount rate from March 25, 2020 until full payment, including applicable post-judgment interest, by Respondent into Petitioners' counsel's escrow account on Petitioners' behalf.

5.     This Final Order and Judgment may be enforced in Delaware by the issuance of writs of execution substantially in the form and with the same effect as those used in Delaware Superior Court, as provided in Court of Chancery Rule 69(a), and by any other means allowed by applicable law or procedure in any jurisdiction where enforcement is sought.

6.     This Final Order and Judgment may be entered by the Office of the Prothonotary of New Castle County in the same manner and form and in the same books and indices as judgments and orders are entered in the Superior Court, as provided in 10 *Del. C.* § 4734.

7.     Nothing in the Final Order and Judgment nor any actions taken in accordance herewith shall be read to limit the parties' right to appeal this Final Order and Judgment.

8.     Without affecting the finality of this Final Order and Judgment, this Court shall retain jurisdiction over all matters relating to the supervision of the

3

distribution of the judgment award to Petitioners and decisions related to any controversies regarding the implementation of this Order.

SO ORDERED this 26th day of March, 2020.

/s/ Joseph R. Slights, III
Vice Chancellor Joseph R. Slights III

CERTIFIED:
AS A TRUE COPY:
ATTEST
REGISTER IN CHANCERY
BY

4

| This document constitutes a ruling of the court and should be treated as such. | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Joseph Slights |
| **File & Serve Transaction ID:** | 65539200 |
| **Current Date:** | Mar 26, 2020 |
| **Case Number:** | 2017-0673-JRS |
| **Case Name:** | CONF ORDER Manichaean Capital, LLC v. SourceHOV Holdings, Inc. |
| **Court Authorizer:** | Slights, Joseph |

/s/ Judge Slights, Joseph

EFiled: Apr 15 2020 04:10PM EDT
Transaction ID 65580356
Case No. N20J-02122

Matthew W. Murphy
302-651-7817
Murphy@rlf.com

April 15, 2020

**VIA E-FILE**

Prothonotary
Judgments
Leonard L. Williams Justice Center
500 North King Street
Wilmington, Delaware 19801

      **Re:**  *Manichaean Capital, LLC, et al. v. SourceHOV Holdings, Inc.*,
            **C.A. No. N20J-02122**

Dear Sir or Madam:

By copy of this letter, I request three exemplified copies of the Final Order and Judgment filed in the captioned matter on April 15, 2020 (Trans. ID 65579397).

                                      Sincerely,

                                      */s/ Matthew W. Murphy*

                                      Matthew W. Murphy (#5938)

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

RLF1 23146453v.1