UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MANICHAEAN CAPITAL, LLC; CHARLES CASCARILLA; EMIL KHAN WOODS; LGC FOUNDATION, INC.; and IMAGO DEI FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOURCEHOV HOLDINGS, INC.,**<br><br>Defendant. | Docket No.: 20-cv-5679<br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1, [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judge of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Manichaean Capital, LLC certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: July 22, 2020

By: /s/ Samuel J. Lieberman
Samuel J. Lieberman

NY Bar #: 3978483
Attorney Bar Code: SL9608