**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MANICHAEAN CAPITAL, LLC, *et al.*,

                Plaintiffs,              20 **CIVIL** 5679 (AKH)

      -against-                    **JUDGMENT**

SOURCEHOV HOLDINGS, INC.,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2021, the case is dismissed for lack of personal jurisdiction, accordingly the case is closed.

**Dated:**  New York, New York
           January 28, 2021

                                                 RUBY J. KRAJICK
                                                 _____
                                                         **Clerk of Court**
                            **BY:**
                                                         **Deputy Clerk**